# Court of Appeals
# of the State of Georgia

ATLANTA,___November 06, 2014___

*The Court of Appeals hereby passes the following order:*

## A15A0263.  MIDDLETON v. THE STATE.

This appeal from the denial of pro se appellant William Middleton's motion for an out-of-time appeal was docketed on September 24, 2014. On October 15, one day after his brief was due, Middleton moved this Court to appoint counsel on his behalf.

It appears that Middleton wants to retain counsel and that an extension of time may not allow him to do so. We therefore REMAND this case to the trial court for appointment of counsel to prosecute Middleton's appeal if the trial court finds that Middleton is entitled to such counsel. On entry of the trial court's order as to counsel, the clerk is instructed to retransmit the case to this Court, at which time the appeal will be redocketed and Middleton will have 20 days to file an appellant's brief. See Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____11/06/2014_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*